

# IN THE
# TENTH COURT OF APPEALS

## No. 10-24-00195-CR

**AARIS POWELL,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 19th District Court
### McLennan County, Texas
### Trial Court No. 2018-513-C1

## MEMORANDUM OPINION

Aaris Powell appealed the trial court's judgment adjudicating him guilty of the

offense of possession of a controlled substance and sentencing him to 12 months in state

jail.  *See* TEX. HEALTH & SAFETY CODE ANN. § 481.115.  Before filing his brief, Powell filed

a motion to voluntarily dismiss the appeal.

Rule 42.2(a) of the Texas Rules of Appellate Procedure provides that an appellate

court may dismiss an appeal upon the appellant's motion.  *See* TEX. R. APP. P. 42.2(a).  In

compliance with Rule 42.2(a), both Powell and his attorney have signed the motion to dismiss. *See id.* Accordingly, we grant Powell's motion to dismiss the appeal, and the appeal is dismissed.

STEVE SMITH
Justice

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Smith
Motion to dismiss granted
Appeal dismissed
Opinion delivered and filed August 22, 2024
Do not publish
[CR25]

